NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (CBN 129676)
Assistant United States Attorney
     Federal Building, Suite 7516AA
     300 North Los Angeles Street
     Los Angeles, CA 90012
     Telephone: (213) 894-6606
     Facsimile: (213) 894-7819
     Email: Zoran.Segina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>AUSTIN B. EZENWA,<br><br>        Defendant. | No. CV 20-6224<br><br>  [CR 07-0287-VBF]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE LOS ANGELES UNIFIED SCHOOL DISTRICT**<br>**[28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

      The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Austin B. Ezenwa*, CR 07-0287-VBF.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

      On June 30, 2008, the Court entered an order imposing the following criminal judgment debt against defendant-judgment debtor Austin B. Ezenwa:

- Restitution: $340,318.45
- Special assessment: $200.00

      Austin B. Ezenwa's Social Security Number is XXX-XX-4801, and he resides in Los Angeles, California.  As of July 7, 2020, Austin B. Ezenwa's criminal debt balance is $328,864.53.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

      Garnishee Los Angeles Unified School District is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that Los Angeles Unified School District pays nonexempt disposable earnings to Austin B. Ezenwa.  By and through this Writ of Garnishment, the United States seeks to garnish 25% of Austin B. Ezenwa's disposable earnings for each pay period that Los Angeles Unified School District owe or will owe, money or property to Austin B. Ezenwa.  28 U.S.C. § 3205 (b)(1)(C); *see also* 15 U.S.C. § 1673.  Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from Austin B. Ezenwa's gross earnings.  15 U.S.C. §1672(b).

///

///

///

The name and address of Garnishee or the Garnishee's authorized agent is:

**Los Angeles Unified School District**
**Attn:  Payroll Administration/Tax Recon Unit**
**333 S. Beaudry Ave., Floor 27**
**Los Angeles, California 90017-5155**

Dated:  July 7, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section

  /s/ *Zoran J. Segina*
ZORAN J. SEGINA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America